IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5618

CHRISTIANA TRUST, a
Division of Wilmington Savings
Fund Society, FSB, as Trustee of
ARLP Trust 3,

      Appellant,

v.

DAVID R. SUTTON, JR.,
Personal Representative of the
Estate of David R. Sutton; et al.,

      Appellees.

_____/

Opinion filed December 12, 2016.

An appeal from the Circuit Court for Duval County.
L. Haldane Taylor, Judge.

Michael J. Posner and Labeed A. Choudhry of Ward, Damon, Posner, Pheterson & Bleau, P.L., West Palm Beach, for Appellant.

Cristine M. Russell of Rogers Towers, P.A., Jacksonville, for Appellee.


PER CURIAM.

      AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.